IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3114 |
| vs. | **ORDER** |
| ALEXANDER CASTELLANO-BENITEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 157) is granted.

2. Defendant Alexander Castellano-Benitez's sentencing is continued to May 1, 2017, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge