IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3114 |
| vs. | |
| ALEXANDER CASTELLANO-BENITEZ, | ORDER |
| Defendant. | |

This matter is before the Court on the motion of defendant's counsel to withdraw as the attorney of record. Filing 177. That motion will be denied without prejudice.

Rule 27B(a) of the Eighth Circuit Court of Appeal's Local Rules provides:

> Retained counsel in criminal cases, and counsel appointed to represent a party pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, Federal Rule of Criminal Procedure 44, or the inherent power of a federal court, shall file a notice of appeal upon their client's request. Defendant's trial counsel, whether retained or appointed, shall represent the defendant on appeal, *unless the Court of Appeals* grants permission to withdraw.

8th Cir. R. 27B(a) (emphasis supplied). Accordingly, counsel's motion will be denied without prejudice to refiling in the Eighth Circuit.

IT IS ORDERED that counsel's motion to withdraw (filing 177) is denied without prejudice to its reassertion in the Eighth Circuit pursuant to 8th Cir. R. 27B(b).

Dated this 16th day of August, 2017.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
United States District Judge