IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ALEXANDER CASTELLANO-BENITEZ,<br><br>          Defendant. | 4:15-CR-3114<br><br>ORDER |

For the reasons stated in the Federal Public Defender's motion to withdraw (filing 231) and the Probation Office's retroactive sentencing worksheet (filing 232), the Court finds that the defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender's motion to withdraw (filing 231) is granted.

2. The defendant's *pro se* motions to reduce sentence (filing 228; filing 229) are denied.

3. The Clerk of the Court shall provide a copy of this order to the defendant at the defendant's last known address.

Dated this 20th day of June, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge